**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DORCAS AFFUL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No._____ |
| v. ) | |
| ) | |
| **STEVEN A. PRIDDLE, M.D.,** ) | |
| Serve personally: ) | |
| 1620 Charles Place ) | |
| Manhattan, Kansas 66502 ) | |
| ) | |
| **DIANE F. WENDELKEN, A.P.R.N.,** ) | |
| Serve personally: ) | |
| 1620 Charles Place ) | |
| Manhattan, Kansas 66502 ) | |
| ) | |
| **REBEKA WEBER, M.D.** and ) | |
| Serve personally: ) | |
| 1620 Charles Place ) | |
| Manhattan, Kansas 66502 ) | |
| ) | |
| **WOMEN'S HEALTH GROUP, P.A.,** ) | |
| 1620 Charles Place ) | |
| Manhattan, Kansas 66502 ) | |
| Serve Registered Agent: ) | |
| Michael L. Newcomer, M.D. ) | |
| 1620 Charles Place ) | |
| Manhattan, KS 66502 ) | |
| ) | |
| Defendants. ) | |

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates Kansas City, Kansas, as the place of trial for all issues and claims.

Respectfully Submitted,

**SHAMBERG, JOHNSON & BERGMAN, CHARTERED**

By    */s/ David R. Morantz*
David R. Morantz, KS #22431
2600 Grand Boulevard, Suite 550
Kansas City, MO  64108
(816) 474-0004 / 474-0003 Fax
dmorantz@sjblaw.com
**ATTORNEYS FOR PLAINTIFF**