IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DORCAS AFFUL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN A. PRIDDLE, M.D., )<br>DIANE F. WENDELKEN, A.P.R.N., )<br>REBEKA WEBER, M.D. and )<br>WOMEN'S HEALTH GROUP, P.A., )<br>)<br>Defendants. ) | Case No. 2:19-CV-02578-CM-JPO |

## AGREED MOTION FOR PROTECTIVE ORDER

COME NOW the parties to the above-captioned action, through counsel, and, pursuant to Fed. R. Civ. P. 26(c), respectfully move the Court to enter an agreed Protective Order for the purpose of limiting transmission and use of certain sensitive or private information at issue herein. A copy of the proposed Protective Order is attached hereto as Exhibit A and will be submitted to chambers contemporaneously with the filing of this Motion.

Respectfully submitted by:

**SHAMBERG, JOHNSON & BERGMAN, CHARTERED**

*/s/ David R. Morantz*
David R. Morantz, KS #22431
2600 Grand Boulevard, Suite 550
Kansas City, MO  64108
(816) 474-0004 / 474-0003 Fax
dmorantz@sjblaw.com
**ATTORNEYS FOR PLAINTIFF**

**LOGAN LOGAN & WATSON, L.C**

 /s/ Jeff K. Brown
Jeff K. Brown, #17662
Christopher H. Logan, #25031
David M. Tyrrell, #23600
John F. Logan, #28105
8340 Mission Road, Suite 106
Prairie Village, KS 66206
(913) 381-1121 / (913) 381-6546 Fax
jbrown@loganlaw.com
clogan@loganlaw.com
dtyrrell@loganlaw.com
jlogan@loganlaw.com