## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DORCAS AFFUL,                  )
                                 )
           Plaintiff,         )
                                 )
vs.                           )     Case No:     2:19-CV-02578-CM-JPO
                                 )
STEVEN A. PRIDDLE, M.D.,     )
DIANE F. WENDELKEN, A.P.R.N., )
REBEKA WEBER, M.D., and       )
WOMEN'S HEALTH GROUP, P.A.,  )
                                 )
          Defendants.      )

### DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

**COMES NOW,** Defendants Steven Priddle, M.D., Diane Wendelken, A.P.R.N., Rebeka Weber, M.D., and Women's Health Group, P.A. ("Defendants") and for their Amended Answer to Plaintiff's Complaint respond as follows:

1.      Defendants are without sufficient information or knowledge at this time to either admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint and therefore deny the same.

2.      Defendants admit the allegations contained in paragraphs 2, 3, 4, and 5 of Plaintiff's Complaint.

3.      In response to paragraph 6 of Plaintiff's Complaints Defendants admit that the individual Defendants are citizens of Kansas and Defendant Women's Health Group, P.A. is a business registered in Kansas.  Defendants are without sufficient information or knowledge to either admit or deny the remainder of the allegations contained in paragraph 6 of Plaintiff's Complaint and therefore deny the same.

4.      In response to paragraphs 7, 8, 9, and 10 of Plaintiff's Complaint these Defendants do not challenge service of process or personal jurisdiction. Defendants specifically deny all claims relating to tortious acts being committed in Kansas.

5.      In response to paragraph 11 Defendants are without sufficient information or knowledge at this time to either admit or deny the allegations relating to venue as they have no confirmed information that would support plaintiff's basis for diversity jurisdiction. Defendants further specifically deny the claim that venue/place of trial is appropriate in Kansas City, Kansas. Defendants affirmatively state that if this court has diversity jurisdiction over the action the proper place of trial is Topeka, Kansas.  All other allegations contained therein are denied as stated.

6.      Defendants admit the allegation contained in paragraph 12 of Plaintiff's Complaint.

7.      In response to paragraph 13 of Plaintiff's Complaint Defendants admit that Defendant Steven Priddle, M.D. documented that there was a primary repair laceration that was repaired with a 3-O Vicryl subcuticular stitch.  All other allegations contained therein are denied as stated.

8.      Defendants admit the allegation contained in paragraph 14 of Plaintiff's Complaint.

9.      Defendants are without sufficient information or knowledge at this time to either admit or deny the allegations contained in paragraph 15 of Plaintiff's Complaint and therefore deny the same.

10.      In response to paragraph 16 of Plaintiff's Complaint Defendants admit that plaintiff was seen on October 17, 2017 by Defendant Diane Wendelken, A.P.R.N. at Women's Health Group's office. The remainder of the allegations contained therein are denied as stated.

11.      In response to paragraph 17 of Plaintiff's Complaint Defendants admit that the note for the encounter was reviewed and signed by Defendant Rebeka L Weber, M.D. on October 17, 2017.  The remainder of the allegations contained therein are denied as stated.

12.     In response to paragraph 18 of Plaintiff's Complaint Defendants admit that plaintiff was seen on November 15, 2017 by Defendant Diane Wendelken, A.P.R.N. at Women's Health Group's office. Defendants specifically deny that there was any report of concern for fecal incontinence by plaintiff at that time. Defendants further affirmatively state that it is documented at this visit that plaintiff denied any problems with incontinence and her episiotomy/laceration was noted to be well healed at that time. The remainder of the allegations contained therein are denied as stated.

13.     In response to paragraph 19 of Plaintiff's Complaint Defendants admit that the note for the encounter was reviewed and signed by Defendant Rebeka L Weber, M.D. on November 15, 2017. The remainder of the allegations contained therein are denied as stated.

14.     In response to paragraph 20 of Plaintiff's Complaint Defendants admit that the plaintiff was seen by Defendant Rebeka L Weber, M.D. on October 11, 2018 at Women's Health Group's office, nearly a full year after plaintiff's last visit to the office. Defendants further admit that at that time "incontinence of feces" was noted as her primary assessment and that Dr. Weber documented that she discussed with plaintiff that if she does conceive in the future a Primary Low-Transverse Cesarean Section was recommended. All other allegations contained therein are denied as stated.

15.     In response to paragraph 21 of Plaintiff's Complaint Defendants admit that Ms. Wendelken was an employee of Women's Health Group, P.A. during the timeframe alleged. Defendants are without sufficient information or knowledge at this time to either admit or deny the remaining allegations and therefore deny the same.

16.     Defendants deny the allegations contained in paragraph 22 of Plaintiff's Complaint as stated and affirmatively state that no negligent, careless and reckless acts or omissions occurred.

## COUNT I

17.     In response to paragraph 23 of Plaintiff's Complaint these Defendants incorporate herein their responses set forth in paragraphs 1 through 16 above as if set forth more fully herein.

18.     Defendants are without sufficient information or knowledge at this time to either admit or deny the allegations regarding "at all times relevant" contained in paragraph 24 of Plaintiff's Complaint and therefore deny the same.  Defendants admit that such a relationship existed at the times of the contact with plaintiff as set forth in the medical records.

19.     Defendants admit the allegation contained in paragraph 25 of Plaintiff's Complaint and affirmatively state that this duty was met by all Defendants at all times.

20.     Defendants deny the allegations contained in paragraphs 26, 27, 28, and 29, of Plaintiff's Complaint, including all subparts thereto.

21.     Defendants are without sufficient information or knowledge at this time to either admit or deny the allegations contained in paragraph 30 of Plaintiff's Complaint and therefore deny the same.

22.     Defendants deny the allegations contained in paragraphs 31 and 32 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

**COME NOW** Defendants Steven Priddle, M.D., Diane Wendelken, A.P.R.N., Rebeka Weber, M.D., and Women's Health Group, P.A. and for their affirmative defenses state and allege:

1.  If the Plaintiff was injured or damaged in any way, all such injuries or damages being denied by Defendants, then the actions or inactions of all persons or parties, whether named or

unnamed by way of Plaintiff's Complaint should be compared for the purposes of establishing the fault, if any, of Defendants.

2.   Defendants preserve the right upon further discovery to assert that Plaintiff failed to mitigate her claimed damages or losses.

3.   Defendants assert all statutory limits upon damages.

4.   Defendants affirmatively reserve the right to assert such other and further affirmative defenses that may be revealed through the process of discovery.

**WHEREFORE**, having fully answered Plaintiff's Complaint, Defendants request that plaintiff take naught by her Complaint, and that Defendants be granted a dismissal or such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

**LOGAN LOGAN & WATSON, L.C**

BY:    /s/    Jeff K. Brown
_____
JEFF K. BROWN, #17662
CHRISTOPHER H. LOGAN, #25031
DAVID M. TYRRELL, #23600
JOHN F. LOGAN, #28105
8340 Mission Road, Suite 106
Prairie Village, KS 66206
T: (913) 381-1121/ F: (913) 381-6546
Email:  jbrown@loganlaw.com
         clogan@loganlaw.com
         dtyrrell@loganlaw.com
         jlogan@loganlaw.com

**ATTORNEYS FOR DEFENDANTS**

## **REQUEST FOR TRIAL BY JURY**

Defendants hereby requests a trial by jury in the above captioned cause in accordance with the laws of the State of Kansas.

/s/   Jeff K. Brown
_____
**JEFF K. BROWN**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th  day of December, 2019, I electronically filed the above and foregoing with the Clerk of the Court by using the court's e-filing system, which will send a notice of electronic filing to the following counsel of record.  The undersigned further states that a copy of the above and foregoing was also forwarded via electronic mail to:

David R. Morantz
Shamberg, Johnson & Bergman, Chartered
2600 Grand Boulevard, Suite 550
Kansas City, MO   64108
dmorantz@sjblaw.com

**ATTORNEY FOR PLAINTIFF**

/s/   Jeff K. Brown
_____
**JEFF K. BROWN**